THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. ADAM NAPPI, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued June 3, 1927; decided June 21, 1927.)

APPEAL from a judgment of the Rensselaer County Court, rendered December 18, 1926, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Frank S. Parmenter* and *John P. Judge* for appellant.
*Frederick C. Filley, District Attorney (Philip J. Cirillo* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and KELLOGG, JJ.; O'BRIEN, J., votes for reversal and new trial on the ground that the trial court erroneously exercised its discretion in denying defendant's motion for a new trial on the ground of newly-discovered evidence.

---

ALBANY GARAGE COMPANY, Appellant, v. ALFRED H. MUNSON et al., Respondents.

*Real property — easements — deed — covenant — action to recover for breach of covenant of quiet enjoyment contained .in warranty deed — insufficient evidence of easement for sewage.*

*Albany Garage Co* v. *Munson*, 218 App. Div. 240, affirmed.
(Argued June 3, 1927; decided June 21, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 23, 1926, unanimously affirming a judgment in favor of defendants entered upon a decision of the court at a Trial Term without a jury. The action was to recover for an alleged breach of covenant. The complaint alleged that defendants conveyed to plaintiff certain lands by warranty deed contain-

ing the usual covenants of quiet enjoyment and that defendant had been evicted from a portion of the premises by reason of a sewer easement in the city of Albany extending over the premises. The trial court found that there was no sufficient evidence of an easement in favor of the city over the lands in question.

*William L. Visscher* for appellant.

*G. E. Pritchard* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.

---

In the Matter of the Application of GEORGE T. BROKAW, Appellant.

MAURICE BLOCH, Appellant; HOWARD C. BROKAW et al., Respondents.

*Real property — application by life tenant for permission to mortgage premises denied where consent of contingent remaindermen had not been obtained.*

*Matter of Brokaw*, 219 App. Div. 337, affirmed.

(Argued June 3, 1927; decided June 21, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 4, 1927, which reversed two orders of Special Term, one confirming the report of a referee and directing him to negotiate for and report respecting a proposed mortgage and the other directing the referee to execute and deliver a mortgage of premises at the northeast corner of Fifth avenue and Seventy-ninth street, in the borough of Manhattan, city of New York. The proceeding was brought by the life tenant of the premises, under sections 67–71 of the Real Property Law, to obtain permission to mortgage the premises for the purpose of erecting a modern building thereon. The Appellate Division dismissed the petition on the ground that the consent of contingent remaindermen had not been obtained.